169 A.3d 986

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. NIKITA CARDWELL, DEFENDANT–PETITIONER.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000538–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 987

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. QUASHON FAIRCLOTH, DEFENDANT–PETITIONER.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005444–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.